**FILED**
August 19, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  2:10-mj-234 DAD |
| Plaintiff, ) | |
| v.                                              ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| LORRAINE EGGEMEYER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Lorraine Eggemeyer</u>; Case  <u>2:10-mj-234 DAD</u> **from custody to the United States Marshal who shall release the defendant to Pretrial Services immediately following the 2:00 PM calendar on 8/20/2010.** Defendant will be subject to the conditions contained in the attached "Notice to Defendant Being Released," signed previously by the defendant, and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $25,000

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial conditions/supervision; defendant to be released to the custody of Pretrial Services to attend The Effort residential treatment program beginning on 8/20/2010.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>8/19/10</u>   at _____ .

By _____
U.S. MAGISTRATE JUDGE