```
 1  DINA L. SANTOS, Bar #204200                        11
    A Professional Law Corp.
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    LORRAINE EGGEMEYER
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       ) No. CRS 10-352 WBS
                                    )
13                  Plaintiff,      )
                                    ) STIPULATION AND ORDER VACATING
14       v.                         ) DATE, CONTINUING CASE, AND
                                    ) EXCLUDING TIME
15  LORRAINE EGGEMEYER, et al.,     )
                    Defendant(s).   )
16                                  ) Date:  November 1, 2010
    _____     ) Time:  8:30 a.m.
17                                  ) Judge: Hon. Shubb

18
```

19      **IT IS HEREBY STIPULATED** by and between Assistant United States
20 Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Dina L.
21 Santos, Counsel for Defendant LORRAINE EGGEMEYER; and Attorney Patrick
22 Hanley, Counsel for AARON HOSMAN, that the status conference scheduled
23 for October 4, 2010, be vacated and the matter be continued to this
24 Court's criminal calendar on November 1, 2010 8:30 a.m., for further
25 status.
26      This continuance is requested by the defense in order to permit
27 further client consultation and further negotiations with the
28 prosecution in attempts to reach a possible the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the November 1, 2010, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: September 23, 2010         /S/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  LORRAINE EGGEMEYER

Dated: September 23, 2010         /S/ Patrick Hanly
                                  PATRICK HANLEY
                                  Attorney for Defendant
                                  AARON HOSSMAN

Dated: September 23, 2010         /S/ Heiko Coppola
                                  HEIKO COPPOLA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  September 23, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE