Law Offices of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorneys for Defendant
AARON HOSMAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 10-352 WBS |
| ) | |
| Plaintiff, ) | **(AMENDED) STIPULATION AND** |
| ) | ~~**PROPOSED**~~ **ORDER CONTINUING** |
| vs. ) | **STATUS CONFERENCE AND EXCLUDING** |
| ) | **TIME UNDER THE SPEEDY TRIAL ACT** |
| AARON HOSMAN and LORRAINE ) | |
| EGGEMEYER, ) | **Date: 11-1-10** |
| ) | **Time: 8:30 a.m.** |
| Defendants. ) | **Courtroom: Honorable William B. Shubb** |
| ) | |
| ) | |
| ) | |

Defendant Aaron Hosman, through his counsel of record, Patrick K. Hanly, Esq., defendant Lorraine Eggemeyer, through her counsel of record, Dina Santos and plaintiff United States of America, through its counsel, Assistant United States Attorney Heiko Coppola, agree and stipulate that the current status conference set for November 1, 2010, in the above cases before the Honorable William B. Shubb., shall be re-scheduled for January 24, 2011 at 8:30 a.m.

The parties further agree and stipulate that under 18 U.S.C. §3161 h)(7)(B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including January 24, 2011, for counsel preparation time and to permit the parties to further investigate, review and complete the

exchange of discovery, and prepare the case for further proceedings.  The parties further stipulate and agree that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed on the January 24, 2011, date, and that all counsel have authorized Mr. Hanly to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: October 28, 2010                                        /S/ DINA SANTOS
                                                                                    Attorney for Defendant
                                                                                    Lorraine Eggemeyer


Dated: October 28, 2010                                        /S/ PATRICK K. HANLY
                                                                                    Attorney for Defendant
                                                                                    Aaron Hosman


Dated: October 28, 2010                                        UNITED STATES ATTORNEY

                                                                                By: /s/  Heiko Coppola
                                                                                        Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED**.

Dated: November 1, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE