1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   CASE NO. 2:10-CR-0352 WBS
                                 )
12               Plaintiff,      )
                                 )
13       v.                      )   STIPULATION AND [PROPOSED]
                                 )   ORDER TO EXCLUDE TIME
14  AARON DANIEL HOSMAN and      )
    LORRAINE EGGEMEYER           )
15                               )
                 Defendants.     )
16  _____)
                                 )
17

18       The parties request that the status conference in this case be
19  continued from January 24, 2011 to February 28, 2011 at 8:30 a.m.
20  They stipulate that the time between January 24, 2011 and February
21  28, 2011 should be excluded from the calculation of time under the
22  Speedy Trial Act.  The parties stipulate that the ends of justice are
23  served by the Court excluding such time, so that counsel for the
24  defendant may have reasonable time necessary for effective
25  preparation, taking into account the exercise of due diligence.  18
26  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense
27  counsel need additional time to review the discovery that has been
28  provided and conduct further investigation related to the case.  The

parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: January 21, 2011        By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

DATE: January 21, 2011              /s/ Patrick K. Hanly
                                        PATRICK K. HANLY
                                        Attorney for Defendant Hosman

                                          /s/ Dina Santos
                                        DINA SANTOS
                                        Attorney for Defendant Eggemeyer

                                      **SO ORDERED.**

DATE:   January 21, 2011

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE