DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
LORRAINE EGGEMEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>LORRAINE EGGEMEYER,<br>AARON HOSMAN<br>               Defendants.<br>_____ | No. CRS 10-352 WBS<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  April 11, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. Shub |

    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant LORRAINE EGGEMEYER, and Attorney Patrick Hanley, Counsel for Defendant AARON HOSMAN that the status conference scheduled for February 28, 2011, be vacated and the matter be continued to this Court's criminal calendar on April 11, 2011, at 8:30 a.m., for further status.

    This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, and review of

discovery.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the April 11, 2011 date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: February 25, 2011          /s/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  LORRAINE EGGEMEYER

Dated: February 25, 2011          /s/ Patrick Hanly
                                  PATRICK HANLY
                                  Attorney for Defendant
                                  AARON HOSMAN

Dated: February 25, 2011          /s/ Heiko Coppola
                                  HEIKO COPPOLA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 24, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE