```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    LORRAINE EGGEMEYER
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    ) No. CR S 10-352 WBS
                                 )
13              Plaintiff,       )
                                 ) (AMENDED) STIPULATION AND ORDER
14      v.                       ) VACATING DATE, CONTINUING CASE,
                                 ) AND EXCLUDING TIME
15  AARON HOSSMAN,               )
    LORRAINE EGGEMEYER,          )
16                               ) Date:  May 16, 2011
                Defendants.      ) Time:  8:30 a.m.
17                               ) Judge: Hon. Shub
    _____
18
```

19       **IT IS HEREBY STIPULATED** by and between Assistant United States
20  Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L.
21  Santos, Counsel for Defendant LORRAINE EGGEMEYER, and Attorney Patrick
22  Hanley, Counsel for Defendant AARON HOSSMAN, that the status conference
23  scheduled for April 11, 2011, be vacated and the matter be continued to
24  this Court's criminal calendar on May 16, 2011, at 8:30 a.m., for
25  further status.
26       This continuance is requested by the defense in order to permit
27  further diligent examination of possible defenses, further client
28  consultation concerning available courses of action, review of

1  discovery and further negotiations with the prosecutor in an attempt to
2  reach a final resolution.
3      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
5  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
6  ends of justice served in granting the continuance and allowing the
7  defendant further time to prepare outweigh the best interests of the
8  public and the defendant in a speedy trial.
9      The Court is advised that all counsel have conferred about this
10 request, that all have agreed to the May 16, 2011 date, and that Mr.
11 Coppola and Mr. Hanly have authorized Ms. Santos to sign this
12 stipulation on their behalf.
13     **IT IS SO STIPULATED.**
14
15 Dated: April 7, 2011           /s/ Dina L. Santos
                                  DINA L. SANTOS
16                                Attorney for Defendant
                                  LORRAINE EGGEMEYER
17
   Dated: April 7, 2011           /s/ Patrick Hanley
18                                DINA L. SANTOS
                                  Attorney for Defendant
19                                AARON HOSSMAN
20
21 Dated: April 7, 2011           /s/ Heiko Coppola
                                  HEIKO COPPOLA
22                                Assistant United States Attorney
                                  Attorney for Plaintiff
23
24
25
26
27
28

1 **O R D E R**

2 **IT IS SO ORDERED.**

3         By the Court,

5 Dated: April 8, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE