Law Offices of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorneys for Defendant
AARON HOSMAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 10cr352 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| Aaron Hosman, et. Al., | |
| Defendants. | ) **Date: 5-16-11**  **Time: 8:30 a.m.**  **Courtroom: Honorable William B. Shubb** |

Defendant Aaron Hosman, through his counsel of record, Patrick K. Hanly, Esq., defendant Lorraine Eggemeyer, through her counsel of record, Dina Santos and plaintiff United States of America, through its counsel, Assistant United States Attorney Heiko Coppola, agree and stipulate that the current status conference set for May 16, 2011, in the above cases before the Honorable William B. Shubb., shall be re-scheduled for May 31, 2011 at 8:30 a.m.

The parties further agree and stipulate that under 18 U.S.C. §3161 h)(7)(B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including May 31, 2011, for counsel preparation time and to permit the parties to further investigate, review and complete the

exchange of discovery, and prepare the case for further proceedings.  The parties further stipulate and agree that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed on the May 31, 2011, date, and that all counsel have authorized Mr. Hanly to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: May 11, 2011                         /S/ DINA SANTOS
                                            Attorney for Defendant
                                            Lorraine Eggemeyer


Dated: May 11, 2011                         /S/ PATRICK K. HANLY
                                            Attorney for Defendant
                                            Aaron Hosman


Dated: May 11, 2011                         UNITED STATES ATTORNEY

                                            By: /s/ Heiko Coppola
                                            Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED**.

Dated:   May 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE