DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
LORRAINE EGGEMEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CRS 10-352 WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| LORRAINE EGGEMEYER, | ) |
| | ) |
| Defendant. | ) Date:  July 25, 2011 |
| | ) Time:  8:30 a.m. |
| _____ | ) Judge: Hon. Shub |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant LORRAINE EGGEMEYER, that the status conference scheduled for May 31, 2011, be vacated and the matter be continued to this Court's criminal calendar on July 25, 2011, at 8:30 a.m., for further status and possible change of plea.

This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, review of discovery and further negotiations with the prosecutor in an attempt to

reach a final resolution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that all have agreed to the July 25, 2011 date, and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: May 26, 2011              /s/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 LORRAINE EGGEMEYER


Dated: May 26, 2011              /s/ Heiko Coppola
                                 HEIKO COPPOLA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 26, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE