```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    LORRAINE EGGEMEYER
 6
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CRS 10-352 WBS |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| LORRAINE EGGEMEYER, | ) |
| | ) |
| Defendant. | ) Date:  December 5, 2011 |
| | ) Time:  8:30 a.m. |
| _____ | ) Judge: Hon. Shub |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant LORRAINE EGGEMEYER, that the status conference scheduled for November 21, 2011, be vacated and the matter be continued to this Court's criminal calendar on December 5, 2011, at 9:30 a.m., for further status.

This continuance is requested by the defense in order to permit a new attorney to enter the case due to a recent legal conflict that has arisen, for the new Counsel to prepare for Ms. Eggemeyer's defense and negotiate an acceptable plea agreement.

1   **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2   Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3   3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4   ends of justice served in granting the continuance and allowing the
5   defendant further time to prepare outweigh the best interests of the
6   public and the defendant in a speedy trial.

7   The Court is advised that all counsel have conferred about this
8   request, that all have agreed to the December 5, 2011 date, and that
9   Mr. Coppola has authorized Ms. Santos to sign this stipulation on his
10  behalf.

11  **IT IS SO STIPULATED.**

13  Dated: November 16, 2011        /s/ Dina L. Santos
                                    DINA L. SANTOS
14                                  Attorney for Defendant
                                    LORRAINE EGGEMEYER

16
    Dated: November 16, 2011        /s/ Heiko Coppola
17                                  HEIKO COPPOLA
                                    Assistant United States Attorney
18                                  Attorney for Plaintiff

20                                **O R D E R**
21  **IT IS SO ORDERED.**
22           By the Court,

24  Dated: November 17, 2011

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

Stipulation and Order                   2