1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4  E Mail: c.fry@att.net

5  Attorney for LORRAINE EGGEMEYER,
   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-10-352-WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| LORRAINE EGGEMEYER, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for December 5, 2011, shall be continued to January 17, 2012, at 9:30 a.m.

Counsel for the defendant was substituted in the place of previous counsel by November 17, 2011, order of this Court.  Defense counsel requires additional time for case review and investigation and to meet and confer with the Government.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through January 17, 2012, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

///

-1-

///

| | |
|---|---|
| Dated: November 29, 2011 | /s/ Candace A. Fry<br>CANDACE A. FRY, Attorney for<br>LORRAINE EGGEMEYER, Defendant |
| Dated: November 29, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By /s/ Heiko P. Coppola<br>HEIKO P. COPPOLA,<br>Assistant United States Attorney<br><br>(Signed for Mr. Coppola with his authorization) |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered that the December 5, 2011, status conference hearing be continued to January 17, 2012, at 9:30 a.m. Based on the representation of defense counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that time up to and including the January 17, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 30, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE