CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for LORRAINE EGGEMEYER,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>LORRAINE EGGEMEYER,<br><br>            Defendant. | No. CR.S-10-352-WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for January 17, 2012, shall be continued to February 21, 2012, at 9:30 a.m.

Status of this case is as follows: a defense request for additional document discovery is in the process of being fulfilled by the Government; and, defense counsel requires additional time for case review and investigation and to meet and confer with the Government.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through January 17, 2012, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

///

-1-

///

Dated: January 10, 2012                 /s/ Candace A. Fry
                                        CANDACE A. FRY, Attorney for
                                        LORRAINE EGGEMEYER, Defendant

Dated:  January 10, 2012                BENJAMIN B. WAGNER
                                        United States Attorney

                                        By   /s/ Heiko P. Coppola
                                             HEIKO P. COPPOLA,
                                             Assistant United States Attorney

                                        (Signed for Mr. Coppola with his authorization)

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered that the January 17, 2012, status conference hearing be continued to February 21, 2012, at 9:30 a.m.  Based on the representation of defense counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that time up to and including the February 21, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  January 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE