CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for LORRAINE EGGEMEYER,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-10-352-WBS |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| LORRAINE EGGEMEYER, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for February 21, 2012, shall be continued to March 12, 2012, at 9:30 a.m.

Status of this case is as follows: the parties are negotiating a settlement and contemplate a change of plea on March 12; additional time is necessary for preparation of a plea agreement by the Government and review of the agreement by the defense.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through March 12, 2012, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

///

-1-

///

Dated: February 13, 2012         /s/ Candace A. Fry
CANDACE A. FRY, Attorney for
LORRAINE EGGEMEYER, Defendant


Dated: February 13, 2012         BENJAMIN B. WAGNER
United States Attorney

By   /s/ Heiko P. Coppola
HEIKO P. COPPOLA,
Assistant United States Attorney

(Signed for Mr. Coppola with his authorization)

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered that the February 21, 2012, status conference hearing be continued to March 12, 2012, at 9:30 a.m. Based on the representation of defense counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that time up to and including the March 12, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  February 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE